Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois
_____ Division

Admiral Ms. Helene Tonique Laurent Miller
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Department of Military Affairs, Richard J. Durbin, and National Guard Bureau et Al.
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Admiral Ms. Helene Tonique Laurent Miller
Street Address: P.O. Box 1243
City and County: Chicago
State and Zip Code: Illinois, 60690
Telephone Number: 312-402-7761
E-mail Address: blueberry0037@yahoo.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual (Veteran)
   The plaintiff, (name) Admiral/Ms. Helene Tonique Laurent Miller is a citizen of the State of (name) Illinois

2. If the plaintiff is a corporation
   The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) N/A
   and has its principal place of business in the State of (name) N/A

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual Senate Richar J. Durbin
   The defendant, (name) Department of Military Affairs, is a citizen of the State of (name) Illinois, Springfield. Or is a citizen of (foreign nation) N/A

2. If the defendant is a corporation
   The defendant, (name) National Guard Bureau, is incorporated under the laws of the State of (name) Arlington, Virginia, and has its principal place of business in the State of (name) Arlington, Virginia
   Or is incorporated under the laws of (foreign nation) N/A
   and has its principal place of business in (name) Arlington, Virginia

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because (explain):

I Admiral Ms. Helene Tonique Laurent Miller, who's legally known as Ms. Helene Tonique L. Miller, and who's the Plaintiff/Veteran move to sue for $200,000.00 for my active duty services of Presidential Executive Order 6416 →

Page 3 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
  Name: Department of Military Affairs
  Job or Title (if known): Military Records for Illinois
  Street Address: 1301 N. MacArthur Boulevard
  City and County: Springfield, Illinois 62702-2317
  State and Zip Code: Illinois, 62702-2317
  Telephone Number: 312-402-7761
  E-mail Address (if known): Unknown

Defendant No. 2
  Name: Richard J Durbin
  Job or Title (if known): Senate of Illinois, U.S.
  Street Address: 525 South Eighth Street
  City and County: Springfield
  State and Zip Code: Illinois, 62703
  Telephone Number: 217-492-4062
  E-mail Address (if known): durbin.senate.gov

Defendant No. 3
  Name: National Guard Bureau / NGB-22
  Job or Title (if known): 111 South George Mason Drive, AH2
  Street Address: Same as above
  City and County: Arlington
  State and Zip Code: Virginia, 22204-1373
  Telephone Number: (Fax) 703-607-3672
  E-mail Address (if known): Unknown

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):



Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Zero service history/Enlisted, and Post 9/11 war Period as a Illinois State Guard for the Army National Guards, and Enlisted National Guards of the United States (ENGUS)! Also for American Legion + U.S. Navy Memorial for several years!

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, (name) **Admiral Mrs. Helene Tonique Laurent Miller**, and the defendant, (name) **Department of Military Affairs/MEPs**, made an agreement or contract (date) **8-9-2017**. The agreement or contract was (oral or written) **Written**. Under that agreement or contract, the parties were required to (specify what the agreement or contract required each party to do) **The Defendants "Department of Military Affairs/MEPs," were Contracted send me to active duty under Post-9/11 war Period post my enlistment process on August 9th, 2017 and create my NGB-22 of active duty services by September 11th, 2021.**

The defendant failed to comply because (specify what the defendant did or failed to do that failed to comply with what the agreement or contract required) **After both Executive order 6416 zero service history allowed all enlisted veterans/military processees to be recognized as veterans, they breached the contract for Campaign Conflict Post 9/11 + Covid-19/Pandemic Presidential Call to Duty!**

The plaintiff has complied with the plaintiff's obligations under the contract. **Covid-19/Pandemic + ENGUS "Operation Vet Care"**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **As a ending result, I wasn't paid by the Department of Defense/Army National Guards as a normal active military service member, but was paid by the State of Illinois/Federal Reserve government via Cares Act/American Rescue Act, and never received my NGB-22 for my Campaign conflict active duty under both Post 9/11 + Covid-19/Pandemic! Therefore I'm suing for $200,000.00 and my NGB-22 for all my legislative/recognized active duty services!**

Page 4 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-24-2023

Signature of Plaintiff   *Admiral Ms. Helene Tonique Laurent Miller (Veteran)*
Printed Name of Plaintiff   Admiral Ms. Helene Tonique Laurent Miller (Veteran)

B. **For Attorneys**

Date of signing: 5-24-2023

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

