Central Illinois Federal
District Court of the United States

Admiral Ms. Helene Tonique Laurent Miller

       (Plaintiff)

Vs.

Illinois Department of Military Affairs, Senator Richard J. Durbin, and National Guard Bureau Et Al.

       (Defendants)

Case number#
2023-CV-03185

**Notice of E-file Exempt by**

**Plaintiff before the Judge**

**Via Court order!**

I Admiral Ms. Helene Tonique Laurent Miller, who's also the Plaintiff within this case would like to move to have all further correspondences within this case via E-file exempt only. Due to mailing issues with my P.O. Box. This is to ensure the safety of me receiving all documents and none of them being tamper within during the process of my litigation process as the Plaintiff. Finally, I move too have my correspondences including Judges court orders sent to me via email at my email address blueberry0037@yahoo.com for this case. This due order before the law judge assigned to this case via trail judge. (Post/Order)

Thank You!

6-1-2023

*Admiral Ms. Helene Tonique Laurent Miller* X

P.O. Box 1243 Chicago IL, 60690

Cell: (312)-402-7761

Email: blueberry0037@yahoo.com